AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| Ollie Boose | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 20-1407 |
| Teri Kennedy and Rodney France | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** that Plaintiff Ollie Boose's action against Defendants Teri Kennedy and Rodney Frannce is dismissed with prejudice; Plaintiff shall recover nothing on his claims against each of the named Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 7/5/24

*CLERK OF COURT*

s/ Shig Yasunaga
*Signature of Clerk or Deputy Clerk*